UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREL HINES, | ) |
| Plaintiff, | ) |
| vs. | ) No. 18-2159 |
| JBR/CARRY TRUCKING, | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Rochelle A. Funderburg of Meyer Capel, a Professional Corporation, and for her Motion to Withdraw as Counsel for the Defendants, CARRY TRUCKING SERVICES, LLC, an Illinois Limited Liability Company, erroneously sued as CARRY TRUCKING and JBR TRUCKING LLC, a dissolved Illinois Limited Liability Company, erroneously sued as JBR, states as follows:

1. Movant was hired to represent the Defendants in this matter. Movant appeared as attorney of record with this Court for and has represented Defendants' interests in subsequent proceedings.

2. Irreconcilable differences appear to have arisen between the Defendants and the movant, so that it would be in the best interest of all for movant to withdraw as counsel.

3. Counsel has made reasonable efforts to avoid prejudice to the client as a result of withdrawing representation.

4. Defendants' last known address is: 4003 Kearns Drive, Champaign, Illinois 61826.

5. The granting of this motion will not delay these proceedings nor adversely affect the material interests of the Defendant.

WHEREFORE, Rochelle A. Funderburg moves the Court to allow Meyer Capel, a Professional Corporation, and Rochelle A. Funderburg to withdraw as attorneys for Defendants,

CARRY TRUCKING SERVICES, LLC, an Illinois Limited Liability Company, erroneously sued as CARRY TRUCKING and JBR TRUCKING LLC, a dissolved Illinois Limited Liability Company, erroneously sued as JBR, effective immediately upon entering an Order for Withdrawal.

                                        Meyer Capel, a Professional Corporation

By: _____
                    Rochelle A. Funderburg

Prepared by:
Rochelle A. Funderburg
ARDC#: 6180510
Meyer Capel, a Professional Corporation
306 W. Church Street
P.O. Box 6750
Champaign, IL 61826-6750
Phone: (217) 352-1800
rfunderburg@meyercapel.com

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the above and foregoing Motion to Withdraw as Counsel was submitted for electronic filing via CM/ECF, and served by placing same in an envelope legibly addressed, securely sealed, and with sufficient postage prepaid and placed in the United States Mail at the U.S. Post Office in Champaign, Champaign County, Illinois 61820, on this 7th day of May, 2019 to:

Jeff Bentley
Carry Trucking Services, LLC
4003 Kearns Drive
Champaign, IL 61826

Jerel Hines
2108 E. Michigan Ave.
Urbana, IL 61802

Carrie Boone, a/k/a Carrie Bentley
1701 Congressional Way
Champaign, IL 61822

_____

Rochelle A. Funderburg
ARDC#: 6180510
Meyer Capel, a Professional Corporation
306 W. Church Street
P.O. Box 6750
Champaign, IL 61826-6750
Phone: (217) 352-1800
rfunderburg@meyercapel.com