### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **JEREL HINES,** | |
| **Plaintiff,** | |
| v. | Case No. 18-2159 |
| **JBR CARRY TRUCKING,** | |
| **Defendant.** | |

### ORDER TO SHOW CAUSE

On June 6, 2018, Plaintiff filed a Complaint against Defendant. Attorney Rochelle Funderburg entered her appearance as counsel for Defendant on August 27, 2018. The parties appeared for a Rule 16 Scheduling Conference on October 25, 2018. On May 7, 2019, attorney Rochelle Funderburg filed a Motion to Withdraw (#29), citing irreconcilable differences. The Court granted Ms. Funderburg's motion and directed her to certify with the Court that she provided notice of the Order to Defendant. The Court noted that as a corporation, Defendant is not permitted to proceed *pro se* and granted Defendant leave to obtain new counsel before June 24, 2019. *Rowland v. California Men's Colony*, 506 U.S. 194 (1993).

On May 23, 2019, Ms. Funderburg filed a notice of service showing that she served a copy of the Court's Order on Defendants. On June 25, 2019, the Court terminated Ms. Funderburg from this case. As of the date of this order, counsel has not entered an appearance on behalf of Defendant. The Court orders Defendant to show cause on or before July 9, 2019 for its failure to obtain counsel. Failure to obtain counsel may result in a default judgment against Defendant.

ENTERED this 25th day of June, 2019.

s/ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE